UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-00089-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| WILLARD M. ROBINSON, IV | |

Before the Court is Defendant's motion to file Docket Entry Number 38 under seal pursuant to Local Criminal Rule 55.2.

For the reason stated in Defendant's motion, the Court finds good cause exists.

Accordingly, the motion is ALLOWED and Docket Entry Number 38 shall be filed under seal.

SO ORDERED. This **30** day of August 2018.

JAMES C. DEVER, III
Chief United States District Judge